IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY /BPS D.C.

05 JUL 27 PM 1: 15

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) No. 05-20265-DA |
| | ) |
| JOSEPH STEPHAN HAND, | ) |
| | ) |
| Defendant. | ) |

ORDER ON CONTINUANCE AND SPECIFYING PERIOD
OF EXCLUDABLE DELAY UNDER THE SPEEDY TRIAL ACT

The defendant has notified the court that he is attempting to obtain private counsel to represent him in this action and requests a continuation of his arraignment for two weeks in order to secure the services of private counsel.

The court finds that the motion well taken and that the ends of justice served by such a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The arraignment is therefore continued and reset to Wednesday, August 10, 2005, at 9:30 in Courtroom M-3, 9th Floor Federal Building, 167 North Main Street, Memphis, Tennessee.

The time period from July 27, 2002 through August 9, 2005, is excluded from the time limits imposed by the Speedy Trial Act for trial of this case.

IT IS SO ORDERED this 26th day of July, 2005.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 7/27/05

DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CR-20265 was distributed by fax, mail, or direct printing on July 29, 2005 to the parties listed.

---

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT