```
                                                          FILED IN OPEN COURT
         IN THE UNITED STATES DISTRICT COURT              DATE: 8-10-2005
         FOR THE WESTERN DISTRICT OF TENNESSEE            TIME: 2:55 PM
                     WESTERN DIVISION
                                                          INITIALS: ____
```

UNITED STATES OF AMERICA

vs.                                          CR. NO. 05-20265 - D
                                             Judge Donald
JOSEPH STEVEN HAND,
                Defendant

## ORDER ON ORAL MOTION TO CONTINUE REPORT HEARING

The defendant was arraigned before the Magistrate Judge August 10, 2005. The Report Hearing has been scheduled for August 25 and the trial date for September 6. Retained counsel for the defendant, Kemper B. Durand, orally moved the court to continue the Report Hearing to September with a trial date in October. Mr. Durand advised that he has discussed this with Steve Parker, Assistant U. S. Attorney, and that Mr. Parker consented to a continuance.

Therefore, it is hereby **ORDERED** that the Report Hearing be continued to September and that the trial date be continued to October.

This 10th day of August, 2005.

_____
Bernice Bouie Donald
United States District Judge

Approved:

_____
Kemper B. Durand
Attorney for Defendant

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 8-12-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:05-CR-20265 was distributed by fax, mail, or direct printing on August 12, 2005 to the parties listed.

---

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT