IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 21 PM 12: 13

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA

v.                                           CR. NO. 05-20265 - D
                                             Judge Donald
JOSEPH STEVEN HAND,
    Defendant

## ORDER EXCUSING DEFENDANT FROM REPORT HEARING

Upon motion of the defendant to excuse his presence at the Report Hearing of September 22, upon the consent of the government attorney, and for good cause shown, it is hereby

**ORDERED** that the defendant's presence at the Report Hearing of September 22, 2005, is waived.

This 20 day of September, 2005.

_____
Bernice Bouie Donald, Judge
United States District Court

Approved:
THOMASON, HENDRIX, HARVEY,
JOHNSON & MITCHELL, PLLC

By: _____
    Kemper B. Durand
    Attorney for Defendant

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____

15

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 2:05-CR-20265 was distributed by fax, mail, or direct printing on September 22, 2005 to the parties listed.

---

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Honorable Bernice Donald
US DISTRICT COURT