IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ O.C.

05 NOV 28 PM 5: 37

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
VS. ) CR. NO. 05-20265-D
)
JOSEPH STEVEN HAND )
Defendant. )
)

## ORDER ON CHANGE OF PLEA AND **SETTING**

This cause came to be heard on November 28, 2005, the United States Attorney for this district, Stephen C. Parker, appearing for the Government and the defendant, Joseph Steven Hand, appearing in person and with counsel, Kemper B. Durand, who represented the defendant.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

Remaining Counts shall be dismissed at the Sentencing Hearing.

Plea colloquy was held and the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **MONDAY, FEBRUARY 27, 2006,** at 4:00 P.M., in Courtroom No. 3, on the 9th floor before Judge Bernice B. Donald.

Defendant is allowed to remain released on present bond.

**ENTERED** this the 28 day of November, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 11-29-05

24

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:05-CR-20265 was distributed by fax, mail, or direct printing on November 29, 2005 to the parties listed.

---

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Honorable Bernice Donald
US DISTRICT COURT